■ In the Matter of ANGEL L. MARTINEZ, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. (Proceeding No. 2.) Appellant. [775 NYS2d 699]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, entered October 21, 2003 in Oneida County [John G. Ringrose, A.J.]) to review a determination of respondent. The determination found after a Tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe,* 234 AD2d 996 [1996]). Present—Green, J.P., Pine, Kehoe, Gorski and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE CEZAIR, Appellant. [775 NYS2d 699]—Appeal from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered July 29, 2002. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree and criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo,* 91 NY2d 733, 737 [1998]). Present—Green, J.P., Pine, Kehoe, Gorski and Hayes, JJ.